UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 FREDRICK DEESE,
D-2 SHANIQUE NIKIA DENT,

    Defendants.
_____/

Violations:
18 U.S.C. § 371
18 U.S.C. § 1791(a)(1)
18 U.S.C. § 1791(a)(2)

Case: 2:24-cr-20691
Assigned To : Leitman, Matthew F.
Referral Judge: Patti, Anthony P.
Assign. Date : 12/17/2024
Description: INDI USA V. FREDRICK DEESE, ET AL. (CMS)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 371, § 1791(a)(1), and § 1791(a)(2)
*Conspiracy to Provide and Possess Contraband in Prison*

D-1 FREDRICK DEESE
D-2 SHANIQUE NIKIA DENT

On or about September 23, 2023, through on or about March 22, 2024, in the Eastern District of Michigan and elsewhere, the defendants, Frederick Deese and Shanique Nikia Dent, did unlawfully, knowingly, and willfully conspire with each other and with other individuals, both known and unknown, to bring contraband into the Federal Correctional Institution in Milan, Michigan, in violation of 18 U.S.C. § 1791(a)(1) and 18 U.S.C. § 1791(a)(2).

## Object of the Conspiracy

The object of the conspiracy was for the defendants to provide contraband to inmates at FCI Milan.

## Overt Acts

In furtherance of the conspiracy and to achieve the object of the conspiracy, the members of the conspiracy committed the following overt acts, among others, in the Eastern District of Michigan and elsewhere:

1. On or about September 23, 2023, Deese, an inmate at FCI Milan, received or activated a contraband cell phone at FCI Milan.

2. Between September 23, 2023, and March 22, 2024, Deese regularly communicated with Dent using his contraband cellphone.

3. Dent visited Deese in person at FCI Milan on over 30 occasions, beginning on or about August 6, 2023, through at least November 18, 2023.

4. On or about November 17 and 18, 2023, Deese and Dent exchanged multiple phone calls and/or text messages using Deese's contraband cell phone.

5. On November 18, 2023, Dent attempted to bring a sealed package of marijuana to Deese during an in-person visit at FCI Milan. However, Dent was intercepted by FCI Milan staff when she dropped the package on the way to the visiting room.

6. On November 18, 2023, following the attempt to introduce contraband, Deese and Dent exchanged multiple phone calls using Deese's contraband cell phone.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
18 U.S.C. § 1791(a)(1) and (b)(3)
*Attempting to Provide Contraband in Prison*

D-2 SHANIQUE NIKIA DENT

On or about November 18, 2023, in the Eastern District of Michigan and elsewhere, the defendant, Shanique Nikia Dent, provided and attempted to provide a prohibited object, to wit, marijuana, to an inmate at the Federal Correctional Institution in Milan, Michigan, in violation of Title 18, United States Code, Section 1791(a)(1) and (b)(3).

## COUNT THREE
18 U.S.C. § 1791(a)(2) and (b)(3)
*Attempting to Obtain Contraband in Prison*

D-1 FREDRICK DEESE

On or about November 18, 2023, in the Eastern District of Michigan, the defendant, Frederick Deese, an inmate of the Federal Correctional Institution in Milan, Michigan, attempted to obtain a prohibited object, to wit, marijuana, in violation of Title 18, United States Code, Section 1791(a)(1) and (b)(3).

## COUNT FOUR
18 U.S.C. § 1791(a)(2) and (b)(4)
*Possessing Contraband in Prison*

D-1 FREDRICK DEESE

3

On or about October 3, 2023, through on or about March 8, 2024, in the Eastern District of Michigan and elsewhere, the defendant, Frederick Deese, an inmate of a prison, to wit, FCI Milan, possessed a prohibited object, to wit, phones and other devices used by a user of commercial mobile service in connection with such service, at the Federal Correctional Institution in Milan, Michigan, in violation of Title 18, United States Code, Section 1791(a)(1) and (b)(4).

## **FORFEITURE ALLEGATION**

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Zachary A. Zurek*
ZACHARY A. ZUREK
Assistant United States Attorney

Dated: December 17, 2024

4

| | | |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Cover S | Case: 2:24-cr-20691<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 12/17/2024<br>Description: INDI USA V.<br>FREDRICK DEESE, ET AL. (CMS) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes     ☒ No | AUSA's Initials: Z.Z |

**Case Title:** USA v. D-1 Fredrick Deese

**County where offense occurred :** _____

**Check One:**    ☒ Felony        ☐ Misdemeanor        ☐ Petty

    ✓ Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [*Case number:*                    ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 17, 2024
_____
Date

_____[signature]_____
Zachary Zurek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
313-226-0285
Zachary.Zurek2@usdoj.gov
P80116

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:24-cr-20691<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 12/17/2024<br>Description: INDI USA V.<br>FREDRICK DEESE, ET AL. (CMS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: Z.Z |

**Case Title:** USA v. D-2 Shanique Dent

**County where offense occurred :** Monroe and Washtenaw

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

　　___Indictment/___Information --- **no** prior complaint.
　　✓ Indictment/___Information --- based upon prior complaint [Case number: 24-mj-30272    ]
　　___Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 17, 2024
　　　Date

Zachary Zurek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
313-226-0285
Zachary.Zurek2@usdoj.gov
P80116

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.